JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROD ANTHONY HUFF,

                Petitioner,

      v.

PEOPLE OF THE STATE OF CALIFORNIA,

                Respondent.

Case No. 2:24-cv-11148-AB (RAO)

**JUDGMENT**

      Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  October 3, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE